

ORDERED in the Southern District of Florida on August 12, 2014.

Raymond B. Ray, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                                  CASE NUMBER: 14-23064-RBR
                                                                                 CHAPTER 7

Kay F Watson
*aka* Kay Watson
*aka* Kay Francis Watson

  Debtor,
_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This Case is before the Court on the Motion for Relief from Stay (Docket No. 18) filed by OneWest Bank N.A. ("Secured Creditor") on negative notice, pursuant to Local Rule 4001-1(C). There being no objections to the entry of this Order and the Court being otherwise fully advised on the matter, it is,

    **ORDERED:**

    1.    The Motion for Relief from Automatic Stay is GRANTED.

    2.    The Automatic Stay imposed by 11 U.S.C. §362 is terminated as to the Secured Creditor's interest in the following property located at 2930 Point East Dr Apt E-212, Aventura, FL 33160 (the "Property):

1

**CONDOMINIUM UNIT NO. E-212, POINT EAST ONE, ACCORD**
**THE DECLARATION OF CONDOMINIUM RECORDED IN OF**
**RECORD BOOK 4936, PAGE 386, AND ANY AMENDMENTS**
**THERETO, OF THE PUBLIC RECORDS OF MIAMI-DADE CO**
**FLORIDA.**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to obtain an *in rem* judgment against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor.

4. The Court waives the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) so that Secured Creditor may pursue its *in rem* remedies without further delay.

5. Secured Creditor is permitted to recover its attorney's fees and costs associated with the filing of the instant Motion in state court, pursuant to the loan documents under the remedies available therein. Said fees and costs shall be recoverable *in rem* against the property only, and shall not be recoverable against the Debtor personally or the bankruptcy estate.

###

**Submitted by:**
Sheri Stein Charlse, Esquire
Attorney for Secured Creditor
350 Jim Moran Blvd., Suite 100
Deerfield Beach, Florida 33442
Tel: (954) 354-3544
Fax: (954) 354-3545
Email: scharlse@erwlaw.com

*Sheri Stein Charlse, Esquire is directed to serve copies of this order on the parties listed below and to file the certificate of service of order.*

**Copies furnished to:**
Kay F Watson, 4201 SW 36 Street, West Park, FL  33023;
Robert Sanchez, Esq., 355 W 49 Street, Hialeah, FL  33012;
Scott N Brown, 1 SE 3 Ave #1440, Miami, FL  33131; and
Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL  33130.